**REDACTED**

08-77M

# United States District Court
## Violation Notice

| CVB Location Code | Officer Name (Print) | Officer No |
|---|---|---|
| DE-10 | SRA LITTLE, SAVANNAH | L6482 |

**Violation Number:** R 3223101

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/14/2007 1620 | DELAWARE TITLE II, SECTION 840, SHOPLIFTING |

**Place of Offense:** AAFES BASE EXCHANGE, DOVER AFB, DELAWARE

**Offense Description:** DELAWARE TITLE II, SECTION 840, SHOPLIFTING

### DEFENDANT INFORMATION

| Last Name | First Name | MI | Phone |
|---|---|---|---|
| ROBINSON | KASSANDRA | L | (302) |

**Street Address:** [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| DOVER | DE | 19(76) | (1980) |

**Drivers License No:** N/A  **D L State:** N/A  **Social Security No:** [redacted]

☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female   Hair: BN   Eyes: HZ   Height: 5'5"   Weight: 128

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →**
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** THE FEDERAL BUILDING, U.S. DISTRICT COURT, 844 KING STREET, WILMINGTON DE 19801

**Date (mm/dd/yyyy):** _____  **Time (hh:mm):** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature:** [signature] Kassandra Robinson

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **14 NOVEMBER 2007** while exercising my duties as a law enforcement officer in the **KENT** District of **DELAWARE**

I WAS DISPATCHED TO THE AAFES BASE EXCHANGE WHERE I MADE CONTACT WITH PL. BURGESS, WHO STATED HE WITNESSED ROBINSON, KASSANDRA TAKE ONE PAIR OF ROBINSON FOOTABLE GAME. I VIEWED THE STATION SECURITY TAPES AND WITNESSED ROBINSON CONCEAL THE ABOVE MENTIONED ITEM. FURTHER WITNESSED ROBINSON DEPART THE BASE EXCHANGE WITHOUT RENDERING PAYMENT. ROBINSON WAS DETAINED BY BURGESS WITHOUT INCIDENT. ROBINSON WAS ADVISED OF HER 5TH AMENDMENT RIGHTS VIA AFDERM 1108 WHICH SHE ACKNOWLEDGED AND PROVIDED SECURITY FORCES A WRITTEN STATEMENT OF THE INCIDENT. ROBINSON STATED SHE WENT TO THE CHANGING ROOM TO BETTER CONCEAL THE ABOVE MENTIONED PROPERTY. THANK YOU YOUR HONOR.

☒ The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **11/14/2007**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____   _____
Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 11/26/2007 11:10:51