## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff,               :

    v.                        :    VIOLATION NOTICE NO. R3223101

Kassandra L. Robinson  :

    Defendant.         :

### MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _KASSANDRA L. ROBINSON_

                                        COLM F. CONNOLLY
                                        United States Attorney

                        BY:    _____
                                        ROBERT T. LEAHY, Captain, USAF
                                        Special Assistant United States Attorney

DATE: May 7, 2008

**IT IS SO ORDERED** this ___7th___ day of ___May___ 2008.

                                        HONORABLE MARY PAT THYNGE
                                        United States Magistrate Judge

```
FILED
MAY  7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```